IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRANCE ALLEN
BARGNARE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D14-5113

v.

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 1, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Terrance Allen Bargnare, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

WOLF, BENTON, and RAY, JJ., CONCUR.